# EXHIBIT D

🇺🇸 An official website of the United States government

**U.S. DEPARTMENT OF**
**HEALTH AND HUMAN SERVICES**

Press Room </press-room/index.html>                    T+ | 🖨 | 🔗

Navigate to:

**FOR IMMEDIATE RELEASE**
**February 19, 2025**

**Contact: HHS Press Office**

202-690-6343

Submit a Request for
Comment

# HHS Takes Action on President Trump's Executive Orders Defending Women and Children

WASHINGTON – Today, the U.S. Department of Health and Human Services (HHS) took action to support President Trump's executive orders defending women and children and restoring the concept of biological truth in federal government.

As part of the initiative, HHS released guidance to the U.S. government, external partners, and the public to expand on the clear sex-based definitions in Executive Order 14168      <https://www.whitehouse.gov/presidential-actions/2025/01/defending-women-from-gender-ideology-extremism-and-restoring-biological-truth-to-the-federal-government/> -- "Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the

Federal Government." The guidance recognizes there are only two sexes: male and female. HHS will use these definitions and promote policies acknowledging that women are biologically female and men are biologically male.

"This administration is bringing back common sense and restoring biological truth to the federal government," said HHS Secretary Robert F. Kennedy, Jr. "The prior administration's policy of trying to engineer gender ideology into every aspect of public life is over."

HHS is also taking steps to implement policies protecting children from chemical and surgical mutilation, as directed by President Trump's Executive Order 14187 <https://www.whitehouse.gov/presidential-actions/2025/01/protecting-children-from-chemical-and-surgical-mutilation/> and keeping men out of women's sports as specified in Executive Order 14201.    <https://www.whitehouse.gov/presidential-actions/2025/02/keeping-men-out-of-womens-sports/>

In conjunction with today's rollout, Riley Gaines filmed a short video about her plight as a female athlete.

"The executive order 'Keeping Men Out of Women's Sports' ensures the next generation of girls has a fair opportunity to compete with the safety, privacy, and equal opportunity they're entitled to," said Gaines. "The clarity and decisiveness of the Trump administration sends a strong, clear message to women and girls across the country that we matter."

Also today, HHS' Office on Women's Health launched a webpage <https://womenshealth.gov/protecting-women-and-children> to promote guidance on sex-based definitions and other resources on efforts to protect women and children.

Definitions in HHS' guidance include:

- **Sex** is a person's immutable biological classification as either male or female.

- **Female** is a person of the sex characterized by a reproductive system with the biological function of (at maturity, absent disruption or congenital anomaly) producing eggs (ova).

- **Male** is a person of the sex characterized by a reproductive system with the biological function of (at maturity, absent disruption or congenital anomaly) producing sperm.

- **Woman** is an adult human female.

- **Girl** is a minor human female.

- **Man** is an adult human male.

- **Boy** is a minor human male.

- **Mother** is a female parent.

- **Father** is a male parent.

"In health care, sex distinctions can influence disease presentation, diagnosis, and treatment differently in females and males," said Dorothy Fink, MD, Deputy Assistant Secretary for Women's Health. "HHS recognizes that biological differences between females and males require sex-specific practices in medicine and research to ensure optimal health outcomes."

About HHS: The mission of the U.S. Department of Health and Human Services (HHS) is to enhance the health and well-being of all Americans, by providing for effective health and human services and by fostering sound, sustained advances in the sciences underlying medicine, public health, and social services.

### 

Note: All HHS press releases, fact sheets and other news materials are available in our Press Room </press-room/index.html>.
Like HHS on Facebook, follow HHS on X @HHSgov <https://x.com/hhsgov>, @SecKennedy <https://x.com/seckennedy>, and sign up for HHS Email Updates <https://cloud.connect.hhs.gov/subscriptioncenter>.
Last revised: March 19, 2025

## Submit a request for comment

For media inquiries, please submit a request for comment.

## Sign up to receive our press releases

**Sign Up**

# Related Press Releases

### CDC's Advisory Committee on Immunization Practices to Meet September 18-19

</press-room/cdc-acip-meeting-september-18-19-2025.html>

SEPTEMBER 12, 2025    │    PRESS RELEASE

### HHS, CBP Seize $86.5 Million Worth of Illegal E-Cigarettes in Largest-Ever Operation </press-room/hhs-fda-cbp-seize-record-4-7-million-illegal-e-cigarettes-chicago-operation.html>

SEPTEMBER 10, 2025    │    PRESS RELEASE

### HHS, FDA to Require Full Safety Disclosures in Drug Ads </press-room/hhs-fda-drug-ad-transparency.html>

SEPTEMBER 9, 2025    │    PRESS RELEASE

Content created by Assistant Secretary for Public Affairs (ASPA)
Content last reviewed March 19, 2025