AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island ▼

| | |
|---|---|
| STATE OF NEW YORK, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 26-cv-XXXXX

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Health Resources and Services Administration
Office of General Counsel
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attached.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-XXXXX

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                         *Server's signature*


                                _____
                                         *Printed name and title*


                                _____
                                         *Server's address*

Additional information regarding attempted service, etc:

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Leanne Hartmann*
LEANNE HARTMANN OSB # 257503*
*Senior Assistant Attorney General*
CARTER BRACE OSB #243828*
*Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Leanne.Hartmann@doj.oregon.gov
Carter.Brace@doj.oregon.gov


*Counsel for Plaintiff State of Oregon*


**ROB BONTA**
Attorney General for the State of California

By: */s/ Crystal Adams*
CRYSTAL ADAMS*
*Deputy Attorney General*
MICHAEL L. NEWMAN*
NELI PALMA*
*Senior Assistant Attorneys General*
KATHLEEN BOERGERS*
JOEL MARRERO*
*Supervising Deputy Attorneys General*
KATHERINE MILTON*
BRIAN BILFORD*
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(408) 679-7010
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Joel.Marrero@doj.ca.gov
Katherine.Milton@doj.ca.gov
Brian.Bilford@doj.ca.gov


*Counsel for Plaintiff State of California*

**LETITIA JAMES**
Attorney General of New York

By: */s/ Galen Leigh Sherwin*
GALEN LEIGH SHERWIN*
*Special Counsel for Reproductive Justice*
RABIA MUQADDAM*
*Chief Counsel for Federal Initiatives*
ANNE CHAMPION*
*Special Counsel for Federal Initiatives*
COLLEEN K. FAHERTY*
*Special Trial Counsel*
MATTHEW FAIELLA*
*Special Counsel for LGBTQIA Rights*
RACHEL HANNAFORD*
*Senior Enforcement Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-6183
Galen.Sherwin@ag.ny.gov
Rabia.Muqaddam@ag.ny.gov
Anne.Champion@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Matthew.Faiella@ag.ny.gov
Rachel.Hannaford@ag.ny.gov


*Counsel for Plaintiff State of New York*

***Cont'd on next page***

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ David Moskowitz
DAVID MOSKOWITZ*
*Deputy Solicitor General*
SAM WOLTER*
*Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
david.moskowitz@coag.gov
samuel.wolter@coag.gov

*Counsel for Plaintiff State of Colorado*


**KWAME RAOUL**
Attorney General State of Illinois

By: /s/ Caitlyn G. McEllis
CAITLYN G. MCELLIS*
*Senior Policy Counsel*
ALEEZA STRUBEL*
*Complex Litigation Counsel*
ELENA METH*
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov
Aleeza.Strubel@ilag.gov
Elena.Meth@ilag.gov

*Counsel for Plaintiff State of Illinois*


**KEITH ELLISON**
Attorney General of Minnesota

By: /s/Katherine Bies
KATHERINE BIES*
*Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*


**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ Ian R. Liston
IAN R. LISTON*
*Director of Impact Litigation*
VANESSA L. KASSAB*
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8875
Ian.Liston@delaware.gov
Vanessa.Kassab@delaware.gov

*Counsel for Plaintiff State of Delaware*


**DANA NESSEL**
Attorney General of Michigan

By: /s/ Daniel J. Ping
DANIEL J. PING*
NEIL GIOVANATTI*
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov

*Counsel for Plaintiff State of Michigan*


**AARON D. FORD**
Attorney General of Nevada

By: /s/ K. Brunetti Ireland
K. BRUNETTI IRELAND*
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

***Cont'd on next page***

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Sarah W. Rice*
SARAH W. RICE (Bar No. 10465)
*Deputy Chief, Public Protection Bureau*
*Assistant Attorney General*
JULIA C. HARVEY (Bar No. 10529)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2054
srice@riag.ri.gov
jharvey@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Sarah E. Smith-Levy*
SARAH E. SMITH-LEVY, WSBA #55770*
LUCY WOLF, WSBA #59028*
KELSEY ENDRES, WSBA #39409*
*Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
sarah.e.smith-levy@atg.wa.gov
lucy.wolf@atg.wa.gov
kelsey.endres@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Jonathan T. Rose*
JONATHAN T. ROSE*
*Solicitor General*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
jonathan.rose@vermont.gov

*Counsel for Plaintiff State of Vermont*

*\*Applications for admission* pro hac vice *forthcoming*