UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK; *et al.*,<br><br>    Plaintiffs,<br><br>        *v.*<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; *et al.*,<br><br>    Defendants. | Civil Action No.<br>1:26-cv-00022-MRD-PAS |

**JOINT MOTION TO STAY PROCEEDINGS**

    The parties respectfully move the Court to stay all proceedings in this action in accordance with the proposed order filed contemporaneously with this motion. As outlined below, good cause exists to grant such a stay:

    1.    Plaintiffs commenced this action on January 13, 2026, by filing a Complaint for Declaratory and Injunctive Relief. (ECF No. 1). Their suit challenges a funding condition adopted by Defendant U.S. Department of Health and Human Services ("HHS") for certain federal grants. (*Id.* at ¶ 1-3.) That funding condition makes certain grants contingent on the recipient certifying that they are "compliant with Title IX of the Education Amendments of 1972 . . . including requirements set forth in Presidential Executive Order 14168, titled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and requires the recipient to certify that the requirement is a "material term" for purposes of the False Claims Act, 31 U.S.C. § 372 *et seq.* (the "Title IX Certification"). (*Id.* ¶¶ 2-3.)

    2.    Plaintiffs filed an Amended Complaint on February 20, 2026. (ECF No. 24.)

3. This case is in its earliest stages. Defendants presently have until April 21, 2026 to respond to the Amended Complaint, pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure.

4. The instant case was assigned to this Court because it is related to another case on the Court's docket: *Rhode Island Coalition Against Domestic Violence v. Kennedy*, No. 1:25-cv-342-MRD-PAS (the "Related Case") (Dkt. Entry, Jan. 15, 2026.) The Related Case challenges the same funding condition at issue in the present case—i.e., the Title IX Certification. (Compl. ¶ 99, Related Case, ECF No. 1.) In comparison to proceedings in the instant case, the Related Case has advanced further toward resolution:

    a. The Court issued a preliminary injunction in the Related Case on October 23, 2025. (Am. Mem. & Order, Related Case, ECF No. 77.)

    b. Defendants filed the Administrative Record in the Related Case on January 12, 2026. (Administrative Record, Related Case, ECF Nos. 93-95.)

    c. Summary-judgment briefing is underway in the Related Case. (Pls' Mot. for Summ. J., Related Case, ECF No. 96.)

5. Given that both suits challenge the Title IX Certification and the Related Case is significantly closer to being adjudicated on summary judgment, the Parties propose staying the instant case pending the resolution of summary judgment in the Related Case, plus an additional amount of time for the parties to meet and confer about further proceedings in the instant case following a summary judgment ruling in the Related Case.

6. "It is beyond cavil that . . . federal district courts possess the inherent power to stay pending litigation when the efficacious management of court dockets reasonably requires such intervention." *Marquis v. FDIC*, 965 F.2d 1148, 1154 (1st Cir. 1992). "Of course, stays cannot be cavalierly dispensed: there must be good

cause for their issuance; they must be reasonable in duration; and the court must ensure that competing equities are weighed and balanced." *Id.* at 1155.

7. Good cause exists to grant the requested stay in this action. Namely, issuance of the stay will conserve the parties' resources and those of the Court because the outcome of the Related Case has the potential to either dispose of, or at the very least, narrow, the issues for adjudication in the instant case.

8. The length of the stay the parties propose is reasonable in duration. No other deadlines have yet been established in this case given its early preliminary posture.

WHEREFORE, the parties respectfully request that the Court enter the proposed order filed contemporaneously herewith.

Dated: March 6, 2026

**LETITIA JAMES**
Attorney General of New York

By: */s/ Galen Leigh Sherwin*
GALEN LEIGH SHERWIN
*Special Counsel for Reproductive Justice*
RABIA MUQADDAM
*Chief Counsel for Federal Initiatives*
ANNE CHAMPION
*Special Counsel for Federal Initiatives*
COLLEEN K. FAHERTY
*Special Trial Counsel*
MATTHEW FAIELLA
*Special Counsel for LGBTQIA Rights*
RACHEL HANNAFORD
*Senior Enforcement Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-6183
Galen.Sherwin@ag.ny.gov
Rabia.Muqaddam@ag.ny.gov
Anne.Champion@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Matthew.Faiella@ag.ny.gov
Rachel.Hannaford@ag.ny.gov

*Counsel for Plaintiff State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Leanne Hartmann*
LEANNE HARTMANN OSB # 257503
*Senior Assistant Attorney General*
CARTER BRACE OSB #243828
*Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Leanne.Hartmann@doj.oregon.gov
Carter.Brace@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

Respectfully submitted,

**CHARLES C. CALENDA**
United States Attorney

By: */s/ Andrea Hyatt*
ANDREA HYATT
*Assistant U.S. Attorney*
KEVIN BOLAN
*Assistant U.S. Attorney*
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov
Kevin.Bolan@usdoj.gov

*Counsel for Defendants U.S. Department of Health and Human Services, et al.*

**ROB BONTA**
Attorney General for the State of California

By: */s/ Crystal Adams*
CRYSTAL ADAMS
*Deputy Attorney General*
MICHAEL L. NEWMAN
NELI PALMA
*Senior Assistant Attorneys General*
KATHLEEN BOERGERS
JOEL MARRERO
*Supervising Deputy Attorneys General*
KATHERINE MILTON
BRIAN BILFORD
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(408) 679-7010
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Joel.Marrero@doj.ca.gov
Katherine.Milton@doj.ca.gov
Brian.Bilford@doj.ca.gov

*Counsel for Plaintiff State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ David Moskowitz
DAVID MOSKOWITZ
*Deputy Solicitor General*
SAM WOLTER
*Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
david.moskowitz@coag.gov
samuel.wolter@coag.gov

*Counsel for Plaintiff State of Colorado*


**KWAME RAOUL**
Attorney General State of Illinois

By: /s/ Caitlyn G. McEllis
CAITLYN G. MCELLIS
*Senior Policy Counsel*
ALEEZA STRUBEL
*Complex Litigation Counsel*
ELENA METH
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov
Aleeza.Strubel@ilag.gov
Elena.Meth@ilag.gov

*Counsel for Plaintiff State of Illinois*


**KEITH ELLISON**
Attorney General of Minnesota

By: /s/Katherine Bies
KATHERINE BIES
*Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*


**KATHLEEN JENNINGS**
Attorney General of Delaware

By: /s/ Ian R. Liston
IAN R. LISTON
*Director of Impact Litigation*
VANESSA L. KASSAB
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8875
Ian.Liston@delaware.gov
Vanessa.Kassab@delaware.gov

*Counsel for Plaintiff State of Delaware*


**DANA NESSEL**
Attorney General of Michigan

By: /s/ Daniel J. Ping
DANIEL J. PING
NEIL GIOVANATTI
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov

*Counsel for Plaintiff State of Michigan*


**AARON D. FORD**
Attorney General of Nevada

By: /s/ K. Brunetti Ireland
K. BRUNETTI IRELAND
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Amy Senier*
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*


**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Samuel B. Stratton*
SAMUEL B. STRATTON
*Assistant Attorney General*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
sam.stratton@vermont.gov

*Counsel for Plaintiff State of Vermont*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Sarah W. Rice*
SARAH W. RICE (Bar No. 10465)
*Deputy Chief, Public Protection Bureau*
*Assistant Attorney General*
JULIA C. HARVEY (Bar No. 10529)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2054
srice@riag.ri.gov
jharvey@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*


**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Sarah E. Smith-Levy*
SARAH E. SMITH-LEVY, WSBA #55770
LUCY WOLF, WSBA #59028
KELSEY ENDRES, WSBA #39409
*Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
sarah.e.smith-levy@atg.wa.gov
lucy.wolf@atg.wa.gov
kelsey.endres@atg.wa.gov

*Counsel for Plaintiff State of Washington*

CERTIFICATE OF SERVICE

      I hereby certify that, on March 6, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

      */s/ Andrea Hyatt*
      ANDREA HYATT
      Assistant U.S. Attorney