**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

<table>
<tr><td>

STATE OF NEW YORK; *et al.*,

     Plaintiffs,

         *v.*

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES; *et al.*,

     Defendants.

</td><td>

Civil Action No.
1:26-cv-00022-MRD-PAS

</td></tr>
</table>

**[*PROPOSED*] ORDER STAYING PROCEEDINGS**

Good cause having been shown, the Court hereby orders:

     1.     Proceedings in this action are stayed pending resolution of the motions for summary judgment filed in *Rhode Island Coalition Against Domestic Violence v. Kennedy*, 1:25-cv-00342-MRD-PAS (D.R.I. Oct. 25, 2025) ("Related Case"), and thereafter until the parties submit their status report and proposal pursuant to Paragraph 4 (or as otherwise agreed by the parties and ordered by the Court).

     2.     During the pendency of the stay of proceedings of this action, Defendants agree to stay enforcement of the Title IX Certification (as described in Plaintiffs' complaint filed on January 13, 2026 (ECF No. 1[1])) as to Plaintiffs in this action commensurate with the terms of the preliminary injunction entered in the Related Case (ECF No. 77), unless otherwise agreed by the parties or ordered by the Court.

---

[1] The "Title IX Certification" described in Plaintiffs' Complaint is the funding condition issued by the U.S. Department of Health and Human Services on October 1, 2025 that makes certain grants contingent on the recipient certifying that they are "compliant with Title IX of the Education Amendments of 1972 . . . including requirements set forth in Presidential Executive Order 14168, titled Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government" and requires the recipient to certify that the requirement is a "material term" for purposes of the False Claims Act, 31 U.S.C. § 372 *et seq*.

3.    The stay of enforcement shall apply to Plaintiff States, and all Plaintiff State Recipients, including Plaintiff State instrumentalities, agencies, subdivisions, grant administrators, and sub-grantees.

4.    Within 20 business days of the resolution of the motions for summary judgment in the Related Case, the parties shall meet and confer in good faith regarding further proceedings in this action.  Following that meet and confer, the parties shall submit a status report and proposal to the Court as to those further proceedings. If the parties are unable to reach agreement as to those further proceedings, they shall so indicate in their status report and proposal.

5.    Plaintiffs reserve all rights to seek relief as to the Title IX Certification, including to seek preliminary relief, summary judgment, or file any other motion before the Court following resolution of the summary judgment motions in the Related Case and the lifting of the stay of this action.  Plaintiffs also reserve all rights to seek relief from this Court or any other court as to any change or modification of the Title IX Certification by any of Defendants or its officials, or other attempts to implement Executive Order 14168, following the date of this order. Defendants likewise reserve all rights to defend the Title IX Certifications in further proceedings in this or other forums, including the right to cite any helpful precedent that may arise from the Related Case.

6.    The parties agree that if any party to this action wishes to seek relief from the stay of this action, the parties will meet and confer in good faith.  If the parties are unable to reach an agreement, the party or parties seeking relief may move the court to lift the stay for good cause shown.

7.    The stay of proceedings and stay of enforcement are without prejudice to any party.

Agreed by the parties through their respective counsel:

2

Agreed to:

**LETITIA JAMES**
Attorney General of New York

By: */s/ Galen Leigh Sherwin*
GALEN LEIGH SHERWIN
*Special Counsel for Reproductive Justice*
RABIA MUQADDAM
*Chief Counsel for Federal Initiatives*
ANNE CHAMPION
*Special Counsel for Federal Initiatives*
COLLEEN K. FAHERTY
*Special Trial Counsel*
MATTHEW FAIELLA
*Special Counsel for LGBTQIA Rights*
RACHEL HANNAFORD
*Senior Enforcement Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-6183
Galen.Sherwin@ag.ny.gov
Rabia.Muqaddam@ag.ny.gov
Anne.Champion@ag.ny.gov
Colleen.Faherty@ag.ny.gov
Matthew.Faiella@ag.ny.gov
Rachel.Hannaford@ag.ny.gov

*Counsel for Plaintiff State of New York*

**DAN RAYFIELD**
Attorney General of Oregon

By: */s/ Leanne Hartmann*
LEANNE HARTMANN OSB # 257503
*Senior Assistant Attorney General*
CARTER BRACE OSB #243828
*Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Leanne.Hartmann@doj.oregon.gov
Carter.Brace@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

**CHARLES C. CALENDA**
United States Attorney

By: */s/ Andrea Hyatt*
ANDREA HYATT
*Assistant U.S. Attorney*
KEVIN BOLAN
*Assistant U.S. Attorney*
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (Fax)
Andrea.Hyatt@usdoj.gov
Kevin.Bolan@usdoj.gov

*Counsel for Defendants U.S. Department of Health and Human Services, et al.*

**ROB BONTA**
Attorney General for the State of California

By: */s/ Crystal Adams*
CRYSTAL ADAMS
*Deputy Attorney General*
MICHAEL L. NEWMAN
NELI PALMA
*Senior Assistant Attorneys General*
KATHLEEN BOERGERS
JOEL MARRERO
*Supervising Deputy Attorneys General*
KATHERINE MILTON
BRIAN BILFORD
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(408) 679-7010
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Joel.Marrero@doj.ca.gov
Katherine.Milton@doj.ca.gov
Brian.Bilford@doj.ca.gov

*Counsel for Plaintiff State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ David Moskowitz*
DAVID MOSKOWITZ
*Deputy Solicitor General*
SAM WOLTER
*Assistant Attorney General*
1300 Broadway, 10th Floor
Denver, CO 80203
720-508-6000
david.moskowitz@coag.gov
samuel.wolter@coag.gov

*Counsel for Plaintiff State of Colorado*


**KWAME RAOUL**
Attorney General State of Illinois

By: */s/ Caitlyn G. McEllis*
CAITLYN G. MCELLIS
*Senior Policy Counsel*
ALEEZA STRUBEL
*Complex Litigation Counsel*
ELENA METH
*Assistant Attorney General*
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov
Aleeza.Strubel@ilag.gov
Elena.Meth@ilag.gov

*Counsel for Plaintiff State of Illinois*


**KEITH ELLISON**
Attorney General of Minnesota

By: */s/Katherine Bies*
KATHERINE BIES
*Assistant Attorney General*
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*


**KATHLEEN JENNINGS**
Attorney General of Delaware

By: */s/ Ian R. Liston*
IAN R. LISTON
*Director of Impact Litigation*
VANESSA L. KASSAB
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8875
Ian.Liston@delaware.gov
Vanessa.Kassab@delaware.gov

*Counsel for Plaintiff State of Delaware*


**DANA NESSEL**
Attorney General of Michigan

By: */s/ Daniel J. Ping*
DANIEL J. PING
NEIL GIOVANATTI
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
PingD@michigan.gov
GiovanattiN@michigan.gov

*Counsel for Plaintiff State of Michigan*


**AARON D. FORD**
Attorney General of Nevada

By: */s/ K. Brunetti Ireland*
K. BRUNETTI IRELAND
*Chief of Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Amy Senier*
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*


**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Samuel B. Stratton*
SAMUEL B. STRATTON
*Assistant Attorney General*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
sam.stratton@vermont.gov

*Counsel for Plaintiff State of Vermont*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Sarah W. Rice*
SARAH W. RICE (Bar No. 10465)
*Deputy Chief, Public Protection Bureau*
*Assistant Attorney General*
JULIA C. HARVEY (Bar No. 10529)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2054
srice@riag.ri.gov
jharvey@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*


**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Sarah E. Smith-Levy*
SARAH E. SMITH-LEVY, WSBA #55770
LUCY WOLF, WSBA #59028
KELSEY ENDRES, WSBA #39409
*Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
sarah.e.smith-levy@atg.wa.gov
lucy.wolf@atg.wa.gov
kelsey.endres@atg.wa.gov

*Counsel for Plaintiff State of Washington*


IT IS SO ORDERED

_____
Hon. Melissa R. DuBose
United States District Court Judge
District of Rhode Island

Dated: _____March 12_____, 2026.

5