**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF OREGON; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINIOIS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,<br>                    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health; CENTERS FOR MEDICARE AND MEDICAID SERVICES; MEHMET OZ in his official capacity as Administrator for the Centers for Medicare and Medicaid Services; HEALTH RESOURCES AND SERVICES ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as Administrator of the Health Resources and Services Administration; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION; CHRISTOPHER CARROLL in his official capacity as Principal Deputy Assistant Secretary of the Substance Abuse and Mental Health Services Administration ("SAMHSA"),<br><br>                    Defendants. | Case No. 1:26-cv-00022-MRD-PAS |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to LR Gen 206(d)(1), Plaintiff State of Oregon hereby gives notice that Carter Brace, Assistant Attorney General, is no longer counsel of record in this matter.

Leanne Hartmann, Senior Assistant Attorney General, continues as lead counsel of record for the State of Oregon in this proceeding, is familiar with this case, and is or will be fully prepared to address any matters pending in the case without delay.

The address for the receipt of all correspondence and pleadings remains the same.

Dated this 9th day of July 2026.

1

LH5/om1/1027352182

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Respectfully submitted,

**DAN RAYFIELD**
Attorney General
State of Oregon

*s/ Carter Brace*
LEANNE HARTMANN OSB # 257503*,
Mass. BBO #667852
*Senior Assistant Attorney General*
CARTER BRACE #243828
*Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
971-673-1880
Leanne.Hartmann@doj.oregon.gov
Carter.Brace@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

*Applications for admission pro hac vice
forthcoming

2