**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants.* | C.A. No. 1:26-cv-00022 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

In accordance with Local Rule Gen 206(d)(1) of the United States District Court for the District of Rhode Island, Plaintiff State of New Mexico hereby gives notice that the undersigned attorney, Senior Counsel Amy Senier, is no longer counsel of record in the above-captioned matter. The State of New Mexico will continue to be represented in this action by Assistant Attorney General Kalista Marie Wilson, who is familiar with this case and is or will be fully prepared to address any matters pending in this case without delay.

DATED: August 26, 2026

Respectfully submitted,

**RAÚL TORREZ**
Attorney General of the State of New Mexico

*<u>/s/ Amy Senier</u>* MA BBO 672912__

Amy Senier
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, a true and correct copy of the foregoing was served electronically through this Court's CM/ECF system.

DATED: August 26, 2026

*/s/ Amy Senier*________

AMY SENIER